

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-13-00143-CR

Jesus Angel **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 348009
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court